### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUEL QUINONES, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No.  5:25-cv-02831-CH |
| v. | : | |
| | : | |
| OAK TREE HEALTH, | : | |
| CVS HEALTH d/b/a CVS HEALTHSPIRE,: | | |
| Defendants. | : | JURY TRIAL DEMANDED |

### MOTION TO STAY ALL PROCEEDINGS

Plaintiff comes herewith by and through his undersigned counsel, and respectfully request that this Honorable Court Stay this action pending settlement discussions, and in support thereof allege as follows:

1. This case was filed on or about June 2, 2025.

2. Service was completed on June 25, 2025.

3. On August 11, 2025, Defendants filed a Motion to Compel Arbitration and Stay All Proceedings.

4. Upon review of the Motion and the attachments thereto, the undersigned believes that this case falls within an exception to the requirement of arbitration set forth in the employment contract at issue and that the venue provisions are unconscionable and unenforceable, and intends to oppose the Motion.

5. However, the undersigned and counsel for Defendants have agreed that settlement discussions could be fruitful, and that the interests of judicial economy and the needs of the case would be best served by the undersigned not being required to further research and prepare a response to Defendants'

1

Motion to Compel Arbitration pending the conclusion of Settlement Discussions.

6. Plaintiff therefore requests that this action be stayed pending the report of the parties that they have exhausted the possibility of settlement, or that the case has settled.

7. Defendants do not object to the relief requested herein.

Respectfully submitted,

HAHALIS & KOUNOUPIS, P.C.

By: _/s/ George S. Kounoupis_
    GEORGE S. KOUNOUPIS, ESQUIRE
      20 East Broad Street
    Bethlehem, PA  18018
    (610) 865-2608
    hklaw@ptd.net
    Attorneys for Plaintiff

Dated:August 19, 2025