## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIGUEL QUINONES,** | **: CIVIL ACTION** |
| **Plaintiff,** | **:** |
| | **: No. 5:25-cv-02831-CH** |
| **v.** | **:** |
| | **:** |
| **OAK TREE HEALTH,** | **:** |
| **CVS HEALTH d/b/a CVS HEALTHSPIRE,:** | |
| **Defendants.** | **: JURY TRIAL DEMANDED** |

### CERTIFICATE OF SERVICE

I, George S. Kounoupis, Esquire, counsel for Plaintiff, do hereby certify that on this 19th day of August, 2025, a true and correct copy of Plaintiff's Motion for Stay of Proceedings was served by e-mail and ECF filing upon the following:

Nancy Beyer, Esquire
LITTLER
111 N Orange Ave, Suite 1750
Orlando, FL 32801
NBeyer@littler.com

Respectfully submitted,

HAHALIS & KOUNOUPIS, PC

By: */s/ George S. Kounoupis*
George S. Kounoupis, Esquire
20 E Broad Street
Bethlehem, PA 18018
(610) 865-2608
hklaw@ptd.net

Dated: August 19, 2025