# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL QUINONES, | : CIVIL ACTION |
|         Plaintiff, | : |
| | : No.  5:25-cv-02831-CH |
|         v. | : |
| | : |
| OAK TREE HEALTH, | : |
| CVS HEALTH d/b/a CVS HEALTHSPIRE,: | |
|         Defendants. | : JURY TRIAL DEMANDED |

## ORDER

AND NOW, this       day of August, 2025, upon the Plaintiff's Motion to Stay All Proceedings  pending settlement discussions, there being no opposition thereto, it is hereby ORDERED and DECREED that this action is STAYED pending the report of counsel that  that they have exhausted the possibility of settlement, or that the case has settled.

BY THE COURT:

_____

HENRY, U.S.D.J.